CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHIMENG GAO,<br><br>          Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*<br><br>          Defendants. | C 5:25-cv-01479 SVK<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS; [PROPOSED] ORDER RE CASE SCHEDULE** |

The parties apologize to the Court for not submitting a joint status report by January 28, 2026, due to the need for the parties to reach an agreement on the stipulation. The parties submit this joint status report regarding Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. On December 15, 2025, the Court granted the parties request to stay the proceedings until January 28, 2026. Dkt. No. 17. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket. The parties propose the following briefing schedule:

    1.    Defendants will file their response to Plaintiff's complaint by February 11, 2026.

    2.    Defendants will file their motion for summary judgment by March 13, 2026.

    3.    Plaintiff will file his cross-motion for summary judgment and opposition to Defendants' motion by April 13, 2026.

Joint Status and Stipulation
C 5:25-cv-01479- SVK           1

4.    Defendants will file their reply and opposition to Plaintiff's motion by April 27, 2026.

5.    Plaintiff will file his reply by May 11, 2026.

6.    The parties will notice their cross motions for summary judgment for a hearing on June 9, 2026, at 10:00 a.m.

Dated: January 29, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

_/s/ Molly A. Friend_
MOLLY A. FRIEND
Assistant United States Attorney

Attorneys for Defendants

Dated: January 29, 2026

_/s/ Angela Warren_
ANGELA WARREN
Warren Law Firm, P.C.

SUSAN J. COFANO
Law Office of Susan Cofano

Attorneys for Plaintiff

## [PROPOSED] ORDER RE CASE SCHEDULE

Pursuant to stipulation, IT IS SO ORDERED. that the case is hereby **UNSTAYED** and Defendants' response to Plaintiff's Complaint shall be due February 11, 2026.  Thereafter, the Court will consider the Parties' cross-motions for summary judgment.  The Parties are to meet and confer with regard to a schedule for simultaneous opening briefs, simultaneous oppositions and no replies, with briefing to conclude no later than April 30, 2026.  The Court will hear the motions on May 19, 2026.

**SO ORDERED**.

Date:  January 30, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status and Stipulation
C 5:25-cv-01479- SVK                                2